UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| EDDIE HAROLD BILLINGS,            )<br>                                                         )<br>                       Plaintiff,     )<br>                                                         )<br>vs.                                              )          1:12-cv-1068-TWP-TAB<br>                                                         )<br>GARY TINGLE,                           )<br>                                                         )<br>                       Defendant.  ) | |

**Entry and Order Dismissing Action**

**I.**

The plaintiff seeks compensation for having been placed in proximity to a dangerous federal inmate while the two were in the Marion County Jail in 2000.

It is apparent that the plaintiff's claim is brought pursuant to 42 U.S.C. § 1983 and that any claim he had based on conduct occurring in 2000 has long since become time-barred under Indiana's 2-year statute of limitations. *Forman v. Richmond Police Department*, 104 F.3d 950 (7th Cir. 1997) ("[T]he two-year Indiana statute of limitations for personal injuries (IND. CODE ' 34-1-2-2) applies to § 1983 claims.") (citing *Perez v. Sifel*, 57 F.3d 503, 505 (7th Cir. 1995)). Despite the high standard for dismissal, when a plaintiff Apleads facts that show his suit is time barred or otherwise without merit, he has pleaded himself out of court.@ *Tregenza v. Great American Communications Co.,* 12 F.3d 717, 718 (7th Cir. 1993).

The complaint thus fails to state a claim upon which relief can be granted. *Jones v. Bock*, 127 S. Ct. 910, 921 (2007)("A complaint is subject to dismissal for failure to state a claim if the allegations, taken as true, show that plaintiff is not entitled to relief."); *Pugh v. Tribune Co.,* 521 F.3d 686, 699 (7th. Cir. 2008)(a complaint falls within this category if it "alleg[es] facts that show there is no viable claim@).

**II.**

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 09/27/2012

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

**Distribution:**

**Eddie Harold Billings, Jr.**
**403 N. Rural Street**
**Indianapolis, IN 46201**